

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ALEJANDRO FIERRO, | § | |
| | § | No. 08-13-00274-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120D00748) |
| | § | |

## MEMORANDUM OPINION

Appellant, Alejandro Fierro, has filed a motion to dismiss this appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Because the Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


September 3, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)